ACCEPTED
01-15-00964-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
12/15/2015 11:07:36 AM
CHRISTOPHER PRINE
CLERK

CASE NO. 01-15-00964-CV

## IN THE COURT OF APPEALS FOR THE FIRST DISTRICT OF TEXAS AT HOUSTON, TEXAS

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS

12/15/2015 11:07:36 AM

CHRISTOPHER A. PRINE
Clerk

## BENNY RISNER, AUSTRALTEX INVESTMENT HOLDINGS, LLC AND HOUSTON BROAD BASED COMMUNITY CENTER
Plaintiffs/Appellants

v.

## MAZEN JUMMA AND MJ MEDICAL GROUP, LLC,
Plaintiffs/Appellees.

On Appeal from 129TH Judicial District Court
Harris County, Texas
Trial Court Cause No. 2015-09067

## APPELLANT'S MOTION TO DISMISS APPEAL WITH PREJUDICE OR NON-SUIT

WAYMAN L. PRINCE, ATTORNEY
T.B.N. # 16329350
9111 KATY FREEWAY, SUITE 301
HOUSTON, TEXAS 77024
OFFICE: (713) 467-1659
FACSIMILE: (713) 467-1686
E-MAIL: WAYMAN@WLPLAW.COM

ATTORNEY FOR DEFENDANTS/APPELLANTS

## ORAL ARGUMENT NOT REQUESTED

1

## WAYMAN L. PRINCE, CHFC, CLU, FLMI

ATTORNEY AT LAW
9111 Katy Freeway, Suite 301-302
Houston, Texas 77024

TELEPHONE: (713) 467-1659
FAX: (713) 467-1686
Web-site: www.wlplaw.com
E-mail: wayman@wlplaw.com

*"A MEMBER OF THE BETTER BUSINESS BUREAU"*

December 15, 2015

Honorable Clerk of the Court, Christopher Prine        *Via Electronic Filing*
129th Judicial District Court at Law
Harris County Civil Court Building
201 Caroline, 10th Floor
Houston, TX 77002        Phone: (713) 274-2700

**RE:    COURT OF APPEL'S NUMBER: 01-15-00964-CV; BENNY RISNER, AUSTRALTEX INVESTMENT HOLDINGS, LLC AND HOUSTON BROAD BASED COMMUNITY CENTER, Defendants/Appellants v. MAZEN JUMAA AND MJ MEDICAL GROUP LLC, Plaintiffs/Appellees; COURT OF APPEALS, FIRST (1ST) DISTRICT OF TEXAS, HARRIS COUNTY, TEXAS**

**RE:    TRIAL COURT CASE NO. 2015-09067; MAZEN JUMAA AND MJ MEDICAL GROUP LLC, Plaintiffs/Appellees v. BENNY RISNER, AUSTRALTEX INVESTMENT HOLDINGS, LLC AND HOUSTON BROAD BASED COMMUNITY CENTER, Defendants; IN THE 129th JUDICIAL DISTRICT COURT, HARRIS COUNTY, TEXAS**

Dear Honorable Clerk of the Court, Christopher Prine:

Please find enclosed the following three (3) documents of the Defendants'/Appellants' to be filed:

1.    Appellants' Motion to Dismiss Appeal with Prejudice and/or Non-Suit;
2.    Certificate of Conference; and
3.    Certificate of Service.

Please file in your usual manner.

Sincerely,

Wayman L. Prince, Attorney at Law
LAW OFFICES OF ATTORNEY WAYMAN L. PRINCE
Member of Texas and Iowa Bars

WLP/sg

Encl. (3):  1) Appellants' Motion to Dismiss Appeal with Prejudice and/or Non-Suit; 2) Certificate of Conference; and 3) Certificate of Service.

2

**BENNY RISNER, AUSTRALTEX INVESTMENT HOLDINGS, LLC AND HOUSTON BROAD BASED COMMUNITY CENTER**
**Defendants/Appellants**

## NO: 01-15-00964-CV

## MAZEN JUMAA AND MJ MEDICAL GROUP, LLC
### Plaintiffs/Appellees

▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪

### On Appeal from the 129th District Court
### Of Harris County, Texas
### Cause No. 2015-09067

✳✳✳✳✳✳✳✳✳✳✳✳✳✳✳✳✳✳✳✳✳✳✳✳✳✳✳✳✳✳✳✳✳✳✳✳✳✳✳✳✳✳✳✳✳✳✳✳✳✳✳✳✳✳✳✳✳✳✳✳✳✳✳✳

### <u>APPELLANTS' MOTION TO DISMISS APPEAL WITH PREJUDICE AND/OR NONSUIT</u>

### TO THE HONORABLE JUDGE OF SAID COURT:

Appellants' Attorney, Wayman L. Prince, Attorney at Law is requesting a dismissing of appeal with prejudice and/or non-suit.

### I.    <u>MOTION TIMELY FILED</u>

A)    This Appellants' Motion to Dismiss Appeal with Prejudice and/or Non-Suit requires a Filing Fee of Two Hundred five Dollars ($205.00) per TEX. R. APP. P. 5. to prosecute the appeal and has not been paid and will not be paid due to the withdrawal of Attorney Wayman L. Prince and the dismissal of appeal of this case.

B)    The Clerk's Record from Trial Court Cause No. 2015-09067 is tentatively due on December 26, 2015 (Saturday) and has not been received from appellants which means appellants cannot begin proceedings on any appeals prior to payment.

3

## II. CERTIFICATE OF CONFERENCE WITH APPELLEES' ATTORNEY

The Certificate of Conference with opposing counsel, Byron Keeling of KEELING & DOWNES LAW FIRM and Appellants' Counsel, Wayman L. Prince, Attorney at Law which was held on Friday, December 11, 2015 did not state that he was opposed to the Motion to Dismiss Appeal with Prejudice and/ Non-Suit this case.

Respectfully submitted,

Wayman L. Prince, Attorney at Law
**LAW OFFICES OF ATTORNEY WAYMAN L. PRINCE**
Member of Texas and Iowa Bars
9111 Katy Freeway – Suite 301
Houston, Texas 77024
(713) 467-1659
(713) 467-1686 (Facsimile)
**T.B.A. #16329350**

**ATTORNEY FOR DEFENDANTS/APPELLANTS**

**APPROVED AS TO FORM:**

Wayman L. Prince, Attorney at Law
**LAW OFFICES OF ATTORNEY WAYMAN L. PRINCE**
9111 Katy Freeway – Suite 301
Houston, Texas 77024
(713) 467-1659
(713) 467-1686 (Facsimile)
**T.B.A. #16329350**

**ATTORNEY FOR DEFENDANTS/APPELLANTS**

4

**BENNY RISNER, AUSTRALTEX INVESTMENT HOLDINGS, LLC AND HOUSTON BROAD BASED COMMUNITY CENTER**
**Defendants/Appellants**

**NO: 01-15-00964-CV**

**MAZEN JUMAA AND MJ MEDICAL GROUP, LLC**
**Plaintiffs/Appellees**

▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪

**On Appeal from the 129th District Court**
**Of Harris County, Texas**
**Cause No. 2015-09067**

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

**CERTIFICATE OF CONFERENCE**

**TO THE HONORABLE JUDGE OF SAID COURT:**

The Certificate of Conference with opposing counsel, Byron Keeling of KEELING &

DOWNES LAW FIRM and Appellants' Counsel, Wayman L. Prince, Attorney at Law which was held

on Friday, December 11, 2015 did not state that he was opposed to the Motion to Dismiss Appeal with

Prejudice and/ Non-Suit this case.

Respectfully submitted,

_Wayman L. Prince_
Wayman L. Prince, Attorney at Law
**LAW OFFICES OF ATTORNEY WAYMAN L. PRINCE**
Member of Texas and Iowa Bars
9111 Katy Freeway – Suite 301
Houston, Texas 77024
(713) 467-1659
(713) 467-1686 (Facsimile)
**T.B.A. #16329350**

**ATTORNEY FOR DEFENDANTS/APPELLANTS**

5

**BENNY RISNER, AUSTRALTEX INVESTMENT HOLDINGS, LLC AND HOUSTON BROAD BASED COMMUNITY CENTER**
**Defendants/Appellants**

**NO: 01-15-00964-CV**

**MAZEN JUMAA AND MJ MEDICAL GROUP, LLC**
**Plaintiffs/Appellees**

■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■

**On Appeal from the 129th District Court**
**Of Harris County, Texas**
**Cause No. 2015-09067**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the two (2) instruments stated below have been served on the Plaintiffs/Appellees by and through their Attorney of Record, **MAZEN JUMAA and MJ MEDICAL GROUP. LLC**, by and through their Attorney of Record, Byron C. Keeling, KEELING & DOWNES, 1500 McGowen, Suite 220, Houston, Texas 77004 via electronic filing and e-mail: bck@keelingdownes.com; and via electronic filing to Christopher Prince, Clerk of the Court, Clerk of the Court of Appeals – First District, 301 Fannin Street, Houston, Texas 77002, in accordance with Rule 25.1(e) of the Rules of Appellate Procedure, on this the 15th day of December, 2015, in accordance with T.R.C.P. Rule 21(a).

1. Appellants' Motion to Dismiss Appeal with Prejudice and/or Non-Suit; and
2. Certificate of Conference.

Sincerely,

Wayman L. Prince, Attorney at Law
**LAW OFFICES OF ATTORNEY WAYMAN L. PRINCE**
Member of Texas and Iowa Bars
9111 Katy Freeway – Suite 301
Houston, Texas 77024
(713) 467-1659
(713) 467-1686 (Facsimile)
**T.B.A. #16329350**

## ATTORNEY FOR DEFENDANTS/APPELLANTS